RECEIVED

NOV - 3 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JAMES W. VINCENT | CIVIL ACTION NO. 6:15-cv-2351 |
| VS. | SECTION P |
| | JUDGE REBECCA F. DOHERTY |
| PAUL J. DEMAHY | MAGISTRATE JUDGE PATRICK J. HANNA |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint filed pursuant to 42 U.S.C. §1983 be **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED,** in chambers, Lafayette, Louisiana, on this ___3___ day of ___November___, 2015.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE